Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>Liquid Property Group, LLC , John Michael Tiffin Individual<br><br>Defendants, | Civil Case No.:  23-cv-0699-WQH-DDL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

To:     Defendants,

   Plaintiff, pursuant to Rule 41 of the Federal Rules of Civil Procedure, voluntarily dismisses the above action, with prejudice, and files this notice of dismissal with the Clerk of the above-entitled court before service by defendants on plaintiff of either an answer or a motion for summary judgment.

   This notice was filed on the date set forth below.

STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: June 22, 2023          respectfully submitted,

By: /S/ Thane Charman

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Thane Charman
Plaintiff, Pro SE

STIPULATION OF DISMISSAL WITH PREJUDICE